**E-FILED**
Friday, 07 July, 2006  11:45:36 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Gina Purvis,                                              )
                          Plaintiff          )
                                                          )
                                                          )          Case No. 05-1350
                                                          )
Michael Ribas, et al,                             )
                          Defendants    )

**ORDER**

Now before the court is the plaintiff's motion to compel (#24) responses to written discovery.  Defendants' position is that they need not do discovery until the pending motion to dismiss is resolved.  For the following reasons, the motion is granted.

The motion to dismiss was filed on February 22, 2006.  The Rule 16 conference was held on March 7, 2006, so the motion was pending at the time of the scheduling conference.  There is no provision in the scheduling order that would allowing the requested delay in discovery, and the Court is aware of no Federal Rule that would authorize such a delay.

Defendants point out to the court that they are not insured and are paying their attorney's fees out of pocket.  The Court acknowledges that this is a hardship.  It does not, however, justify delaying this case and the related case.

Accordingly, the motion to compel is allowed.  Defendants are directed to serve responses to written discovery within 30 days of the date of this order.

ENTER this 7th day of July, 2006.

s/ John A. Gorman

JOHN A. GORMAN

UNITED STATES MAGISTRATE JUDGE